165 A.3d 722

IN THE MATTER OF BARRY J. BERAN, AN ATTORNEY AT LAW (ATTORNEY NO. 019301980)

July 20, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–233, concluding that **BARRY J. BERAN** of **CHERRY HILL,** who was admitted to the bar of this State in 1981, should be censured for violating *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to keep client reasonably informed about the status of matter and to promptly comply with reasonable requests for information), and good cause appearing;

It is ORDERED that **BARRY J. BERAN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.